# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                §
                                      §
SHAHEEN, SHAMOUN I                    §       Case No. 13-01095
SHAHEEN, HANAN                        §
                                      §
                                      §
        Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   CLERK OF THE COURT
   219 South Dearborn
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/30/2013 in Courtroom ,

   Joliet City Hall
   150 West Jefferson, 2nd Floor
   Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/22/2013                    By: CLERK OF THE COURT


Peter N. Metrou, Trustee
123 W. Washington Street
Suite 216
Oswego, IL 60543

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
SHAHEEN, SHAMOUN I                    §    Case No. 13-01095
SHAHEEN, HANAN                        §
                                      §
                                      §
        Debtor(s)                     §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 33,323.38 |
| and approved disbursements of | $ | 69.59 |
| leaving a balance on hand of[1] | $ | 33,253.79 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 4,082.34 | $ 0.00 | $ 4,082.34 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 9.76 | $ 0.00 | $ 9.76 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,092.10 |
| Remaining Balance | $ 29,161.69 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 62,447.66  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,896.89 | $ 0.00 | $ 5,088.61 |
| 000002 | Nordstrom fsb | $ 11,756.04 | $ 0.00 | $ 5,489.81 |
| 000003 | Steven Shaheen | $ 5,000.00 | $ 0.00 | $ 2,334.89 |
| 000004 | Simon Khazmo and Krystal Khazmo | $ 20,000.00 | $ 0.00 | $ 9,339.56 |
| 000005 | American Express Bank, FSB | $ 14,794.73 | $ 0.00 | $ 6,908.82 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 29,161.69 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

               Prepared By: /s/PETER N METROU

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                 United States Bankruptcy Court
                                  Northern District of Illinois

In re:                                                                       Case No. 13-01095-BWB
Shamoun I Shaheen                                                            Chapter 7
Hanan Shaheen
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0752-1          User: lhuley                 Page 1 of 3                  Date Rcvd: Jul 22, 2013
                              Form ID: pdf006              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2013.
db/jdb       +Shamoun I Shaheen,    Hanan Shaheen,    14902 Glenwood Lane,    Homer Glen, IL 60491-8736
19940028      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
19906525     +American Express Bank, FSB,    c/o Zwicker & Associates, P. C.,
               7366 North Lincoln Ave., Suite 102,    Lincolnwood, IL 60712-1738
19906526      Bank of America/MBNA ofAmerica/CACH,    P. O. Box 982238,    El Paso, TX 79998-2238
19906527     +Chase,   c/o LTD Financial Services, L. P.,    7322 Southwest Freeway, Suite 1600,
               Houston, TX 77074-2134
19906529      Chase/Southwest,    P. O. Box 15298,   Wilmington, DE 19850-5298
19906530      Citibank, N. A.,    c/oBlatt Hasenmiller Leibsker Moore,    125 S. Wacker Dr., Ste. 400,
               Chicago, IL 60606-4440
19906533      DSNB Macy's,   PO Box 183083,    Columbus, OH 43218-3083
19906532     +Discover Bank,    c/o Blitt and Gaines, P. C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
19906534      Ed Financial,    P.O. Box 36008,   Knoxville, TN 37930-6008
19906536     +Kazmierz Kobylarczyk,    Koby Construction,    18101 Hunt Club Drive,    Mokena, IL 60448-8620
19906537     +MBNA of America, N. A./CACH, LLC,    c/o John C. Bonewicz, P. C.,    350 N. Orleans St., Suite 300,
               Chicago, IL 60654-1607
19906539     +Silver Cross Hospital,    1900 Silver Cross Boulevard,    New Lenox, IL 60451-9509
20106294     +Simon Khazmo,    10744 General Kirkland Drive,    Bristow, VA 20136-1373
19906540      Simon Khazmo,    9788 Maitland Loop,   Bristow, VA 20136
20203098     +Simon Khazmo and Krystal Khazmo,    10744 General Kirkland Drive,    Bristow, VA 20136-1373
20106295     +Steven Shaheen,    2119 West North Avenue, Apt. 2F,    Chicago, IL 60647-5493
19906541     +TCF National Mortgage,    3451 Hammond Avenue,   Waterloo, IA 50702-5345
19906542      True Care Foot & Ankle Institute,    9500 West Lincoln Highway,    Unit 6,
               Frankfort, IL 60423-1940
19906543     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    P. O. Box 790408,    Saint Louis, MO 63179-0408)
19906544     +Vonage,   c/o EOS CCA,    700 Longwater Drive,   Norwell, MA 02061-1624
20106296     #+Yasmeen Shaheen,    17340 Brookcrossing Court,   Orland Park, IL 60467-7558
19906545     #+Yasmeen Shaheen,    8617 Hotchkiss Drive,   Frankfort, IL 60423-8983
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19906528      E-mail/Text: bk.notifications@jpmchase.com Jul 23 2013 02:08:46     Chase Auto,
               P. O. Box 901076,   Fort Worth, TX 76101-2076
19906531      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 23 2013 02:30:24     Discover Bank,
               P. O. Box 3008,   New Albany, OH 43054-3008
20127405      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 23 2013 02:30:24     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
19906538     +E-mail/Text: bnc@nordstrom.com Jul 23 2013 02:08:22    Nordstrom Bank,    P. O. Box 6555,
               Englewood, CO 80155-6555
20131784     +E-mail/Text: bnc@nordstrom.com Jul 23 2013 02:08:22    Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20428362*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19906535*     Ed Financial,    P.O. Box 36008,   Knoxville, TN 37930-6008
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: lhuley              Page 2 of 3           Date Rcvd: Jul 22, 2013
                              Form ID: pdf006           Total Noticed: 28

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2013**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: lhuley                Page 3 of 3                  Date Rcvd: Jul 22, 2013
                              Form ID: pdf006             Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2013 at the address(es) listed below:

        David E Grochocinski    on behalf of Joint Debtor Hanan  Shaheen lawyers@innovalaw.com, lawyers@innovalaw.com
        David E Grochocinski    on behalf of Debtor Shamoun I Shaheen lawyers@innovalaw.com, lawyers@innovalaw.com
        Kathleen M. McGuire    on behalf of Debtor Shamoun I Shaheen kmcguire@innovalaw.com, kmmcguirelaw@sbcglobal.net
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com

                                                                                                                  TOTAL: 5