UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
                                                §
SHAHEEN, SHAMOUN I                              §    Case No. 13-01095
SHAHEEN, HANAN                                  §
                                                §
                                                §
         Debtor(s)                              §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Peter N. Metrou, Trustee _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Auto P. O. Box 901076 Fort Worth, TX 76101-2076 |  |  |  |  |  |
|  | TCF National Mortgage 3451 Hammond Avenue Waterloo, IA 50702 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America/MBNA ofAmerica/CACH P. O. Box 982238 El Paso, TX 79998-2238 | | | | | |
| | Chase c/o LTD Financial Services, L. P. 7322 Southwest Freeway, Suite 1600 Houston, TX 77074-2053 | | | | | |
| | Chase/Southwest P. O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citibank, N. A. c/oBlatt Hasenmiller Leibsker Moore 125 S. Wacker Dr., Ste. 400 Chicago, IL 60606-4440 | | | | | |
| | DSNB Macy's PO Box 183083 Columbus, OH 43218-3083 | | | | | |
| | Discover Bank c/o Blitt and Gaines, P. C. 661 Glenn Avenue Wheeling, IL 60090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ed Financial P.O. Box 36008 Knoxville, TN 37930-6008 | | | | | |
| | Ed Financial P.O. Box 36008 Knoxville, TN 37930-6008 | | | | | |
| | Kazmierz Kobylarczyk Koby Construction 18101 Hunt Club Drive Mokena, IL 60448 | | | | | |
| | MBNA of America, N. A./CACH, LLC c/o John C. Bonewicz, P. C. 350 N. Orleans St., Suite 300 Chicago, IL 60654 | | | | | |
| | Silver Cross Hospital 1900 Silver Cross Boulevard New Lenox, IL 60451-9508 | | | | | |
| | True Care Foot & Ankle Institute 9500 West Lincoln Highway Unit 6 Frankfort, IL 60423-1940 | | | | | |
| | US Bank P. O. Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| | Vonage c/o EOS CCA 700 Longwater Drive Norwell, MA 02061 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | SIMON KHAZMO AND KRYSTAL KHAZMO | | | | | |
| 000003 | STEVEN SHAHEEN | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | NORDSTROM FSB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-01095 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | SHAHEEN, SHAMOUN I | Date Filed (f) or Converted (c): | 01/11/13 (f) |
| | SHAHEEN, HANAN | 341(a) Meeting Date: | 02/25/13 |
| For Period Ending: | 11/07/13 | Claims Bar Date: | 05/31/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 14902 Glenwood Lane, Homer Glen IL 60491 | 280,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with TCF Bank | 1,537.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with TCF Bank Account No. ending | 15,000.00 | 0.00 | | 0.00 | FA |
| 4. Checking account with TCF Bank Account ending in 3 | 33,000.00 | 0.00 | | 0.00 | FA |
| 5. household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. term life insurance - universal life beneficiary i | 28,000.00 | 0.00 | | 0.00 | FA |
| 7. 401(k) Principal Group | 100,000.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) /IRA - Nordstrom | 7,358.61 | 0.00 | | 0.00 | FA |
| 9. Allstar Windows, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 10. personal injury claim versus James Esquivel ($80,0 | 0.00 | 0.00 | | 33,323.38 | FA |
| 11. 2004 BMW | 5,600.00 | 0.00 | | 0.00 | FA |
| 12. 2002 Mercedes Benz ML 320 | 4,414.00 | 0.00 | | 0.00 | FA |
| 13. 2009 Kia Rondo | 6,412.00 | 0.00 | | 0.00 | FA |
| 14. 1998 Honda Accord | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $483,321.61 | $0.00 | | $33,323.38 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset Notice filed 2-27-13

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 06/30/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.03a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 13-01095 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | SHAHEEN, SHAMOUN I | | Bank Name: | Congressional Bank |
| | SHAHEEN, HANAN | | Account Number / CD #: | *******0254 Checking Account |
| Taxpayer ID No: | *******3168 | | Old Account #'s: | 1: *******0247    2: |
| For Period Ending: | 11/07/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/06/13 | 10 | INNOVALAW<br>DAVID E. GROCHOCINSKI<br>1900 RAVINIA PLACE<br>ORLAND PARK, IL 60462 | PI SETTLEMENT PROCEEDS | 1142-000 | 33,323.38 | | 33,323.38 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 4/13 | 2600-000 | | 34.24 | 33,289.14 |
| 06/13/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 5/13 | 2600-000 | | 35.35 | 33,253.79 |
| 09/03/13 | 001001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 4,092.10 | 29,161.69 |
| | | | Fees         4,082.34 | 2100-000 | | | |
| | | | Expenses         9.76 | 2200-000 | | | |
| 09/03/13 | 001002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 46.69782% | 7100-900 | | 5,088.61 | 24,073.08 |
| 09/03/13 | 001003 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Claim 000002, Payment 46.69778% | 7100-900 | | 5,489.81 | 18,583.27 |
| 09/03/13 | 001004 | Steven Shaheen<br>2119 West North Avenue, Apt. 2F<br>Chicago, IL 60647 | Claim 000003, Payment 46.69780% | 7100-000 | | 2,334.89 | 16,248.38 |
| 09/03/13 | 001005 | Simon Khazmo and Krystal Khazmo<br>10744 General Kirkland Drive<br>Bristow, VA 20136 | Claim 000004, Payment 46.69780% | 7100-000 | | 9,339.56 | 6,908.82 |
| 09/03/13 | 001006 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 46.69784% | 7100-900 | | 6,908.82 | 0.00 |
| | | | Page Subtotals | | 33,323.38 | 33,323.38 | |

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-01095 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | SHAHEEN, SHAMOUN I | | Bank Name: | Congressional Bank |
| | SHAHEEN, HANAN | | Account Number / CD #: | *******0254  Checking Account |
| Taxpayer ID No: | *******3168 | | | *******0247 |
| For Period Ending: | 11/07/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | COLUMN TOTALS | 33,323.38 | 33,323.38 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  | Subtotal | 33,323.38 | 33,323.38 |  |
|  |  | Less: Payments to Debtors |  | 0.00 |  |
|  |  | Net | 33,323.38 | 33,323.38 |  |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | | |
| | | Checking Account - *******0254 | 33,323.38 | 33,323.38 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| | | | 33,323.38 | 33,323.38 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*